```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                       :
PRODUCT SPRING LLC, *and* TAYLORED    :
CONCEPTS, LLC,                                 :
                                                       :              1:24-cv-2274-GHW
                                     Plaintiffs,    :
                 -against-                                  :                 ORDER
                                                       :
BABY BREZZA ENTERPRISES, LLC,        :
                                                       :
                                     Defendant.   :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The initial pretrial conference previously scheduled for June 7, 2024 is rescheduled to May 30, 2024 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's April 4, 2024 order are due no later than May 23, 2024.

       SO ORDERED.

Dated: May 1, 2024
New York, New York

                                                                GREGORY H. WOODS
                                                        United States District Judge